NATHAN REZNIKOFF, Appellant, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

Argued June 4, 1945; decided July 19, 1945.

*I. Maurice Wormser, Adolph Feldblum* and *Samuel Zirn* for appellant.

*Eugene T. O'Neill* and *Leo D. Fitzgerald* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.